# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Michael A. Starocci | : Case No.: 17-11065 |
| | : Chapter 13 |
| Debtor(s). | : Judge Thomas P. Agresti |
| | : * * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells Fargo Bank, N.A.

, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

>Karina Velter, Esquire
>MANLEY DEAS KOCHALSKI LLC
>P.O. Box 165028
>Columbus, OH  43216-5028
>614-222-4921
>Atty File No.: 17-041408

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

17-041408_KSH

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

                          Respectfully submitted,

                          /s/ Karina Velter
                          Karina Velter, Esquire (94781)
                          Kimberly A. Bonner
                          Edward H. Cahill
                          Adam B. Hall
                          Manley Deas Kochalski LLC
                          P.O. Box 165028
                          Columbus, OH  43216-5028
                          Telephone: 614-220-5611
                          Fax: 614-627-8181
                          Attorneys for Creditor
                          The case attorney for this file is Karina Velter.
                          Contact email is kvelter@manleydeas.com

17-041408_KSH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
:
**Michael A. Starocci** : Case No.: 17-11065
: **Chapter 13**
Debtor(s). : Judge Thomas P. Agresti
: * * * * * * * * * * * * * * * * * * * * * * *
:
:

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 7, 2017.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Rebeka Seelinger, Attorney for Michael A. Starocci, 4640 Wolf Road, ERie, PA 16505, rebeka@seelingerlaw.com

Service by First-Class Mail:
Michael A. Starocci, 826 Cherry Street, Erie, PA 16502

EXECUTED ON: December 7, 2017

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

17-041408_KSH