**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael A. Starocci**
    Debtor(s)

Bankruptcy Case No.: 17−11065−TPA
Per December 5, 2017 Proceeding
Chapter: 13
Docket No.: 21 − 10
Concil. Conf.: April 10, 2018 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* **PLAN CONFIRMATION:**

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 20, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒  A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $1,437.00 as of December, 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒  C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Apr. 10, 2018 at 01:30 PM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒  G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Nationstar Mortgage (Claim No. 8) .

☐  H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: December 6, 2017

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-11065-TPA
Michael A. Starocci                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1               User: vson                    Page 1 of 2              Date Rcvd: Dec 06, 2017
                                   Form ID: 149                  Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
```
db          +Michael A. Starocci,    826 Cherry Street,    Erie, PA 16502-1361
14706322    +ACL,    1526 Peach Street,    Erie, PA 16501-2110
14706323   #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14706324    +Borrowersfir,    1114 Lost Creek Boulevard,    Austin, TX 78746-6300
14706325    +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
14706326    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
14706327    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
14706328    +Comenitycapital/goodsam,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14706330    +Erie Community Credit Union,    1129 State St,    Erie, PA 16501-1911
14726988     First Associates Loan Servicing, LLC,    as agent for BFCL Trust,    PO Box 503430,
              San Diego, CA 92150-3430
14706331    +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
14713071    +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14706333    +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
14730729    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14706335    +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14711587     E-mail/Text: mrdiscen@discover.com Dec 07 2017 01:41:25     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14706329    +E-mail/Text: mrdiscen@discover.com Dec 07 2017 01:41:25     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
14706332    +E-mail/Text: bankruptcy@huntington.com Dec 07 2017 01:42:00     Huntington Natl Bk,
              Huntington National Bank - Bankruptcy No,    Po Box 89424,    Cleveland, OH 44101-6424
14732668     E-mail/PDF: cbp@onemainfinancial.com Dec 07 2017 01:37:21      ONEMAIN,    P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
14706334    +E-mail/PDF: cbp@onemainfinancial.com Dec 07 2017 01:37:21      Onemain,    Po Box 1010,
              Evansville, IN 47706-1010
14706563    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 02:08:30
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14721795     E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2017 01:41:41
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14706336    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 01:37:32      Synchrony Bank,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14706337    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 01:37:32      Synchrony Bank/Walmart,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14708691    +E-mail/Text: bankruptcy@huntington.com Dec 07 2017 01:42:00     The Huntington National Bank,
              PO Box 89424,    Cleveland, OH 44101-6424
14706338    +E-mail/Text: BankruptcyNotice@upmc.edu Dec 07 2017 01:42:37     UPMC,    200 Lothrop Street,
              Pittsburgh, PA 15213-2536
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14706339*   +ACL,    1526 Peach Street,    Erie, PA 16501-2110
14706340*   +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14706341*   +Borrowersfir,    1114 Lost Creek Boulevard,    Austin, TX 78746-6300
14706342*   +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
14706343*   +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
14706344*   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
14706345*   +Comenitycapital/goodsam,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14706346*   +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
14706347*   +Erie Community Credit Union,    1129 State St,    Erie, PA 16501-1911
14706348*   +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
14706349*   +Huntington Natl Bk,    Huntington National Bank - Bankruptcy No,    Po Box 89424,
              Cleveland, OH 44101-6424
14706350*   +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
14706351*   +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14706352*   +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
14706353*   +Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14706354*   +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14706355*   +UPMC,    200 Lothrop Street,    Pittsburgh, PA 15213-2536
                                                                                   TOTALS: 1, * 18, ## 0
```

```
District/off: 0315-1          User: vson                Page 2 of 2                Date Rcvd: Dec 06, 2017
                              Form ID: 149              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
          James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka    Seelinger    on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 4
```