

## IN THE UNITED STATES BANKRUPTCY COURT

Of Western Pennsylvania

In RE:  In Proceedings Under

17-11065

### Debtor(s)

Michael Starocci

### WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #16 in amount of $12,654.19.

/s/ Taylor R Boehnlein

Claim Processor

### Creditor Name & Address

LVNV Funding LLC

c/o Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

Dated:  03/15/18

*55 Beattie Place, Ste 110, MS 127 | Greenville, South Carolina 29601 | Telephone: 864-248-8305*