FILED
3/16/18 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



# IN THE UNITED STATES BANKRUPTCY COURT

Of Western Pennsylvania

In RE:  In Proceedings Under

17-11065

## Debtor(s)

Michael Starocci

## WITHDRAWAL OF CLAIM

Please withdraw court claim number(s) #16 in amount of $12,654.19.

/s/ Taylor R Boehnlein

Claim Processor

## Creditor Name & Address

LVNV Funding LLC

c/o Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

Dated:  03/15/18

*55 Beattie Place, Ste 110, MS 127 | Greenville, South Carolina 29601 | Telephone: 864-248-8305*

SO ORDERED

March 16, 2018

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 17-11065-TPA
Michael A. Starocci                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr              Page 1 of 1              Date Rcvd: Mar 16, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db            +Michael A. Starocci,    826 Cherry Street,    Erie, PA 16502-1361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
            bkgroup@kmllawgroup.com
          Karina  Velter   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger   on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 5