## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-11065 TPA |
| **Michael A. Starocci** | : | |
| *Debtor* | : | CHAPTER 13 |
| **Wells Fargo Bank, N.A.** | : | |
| *Movant* | : | Related to Claim No. 8 |
| V. | : | |
| **Michael A. Starocci and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

### **DECLARATION**

**NOW**, this **24th** day of **May, 2018**, upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Wells Fargo Bank, N.A.** at **Claim No. 8** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $651.81 effective 7/1/2019.

Dated:  May 24, 2019          By       /s/ Rebeka A. Seelinger  Esquire
                                        Rebeka A. Seelinger, Esquire
                                        Pa. I.D. #93897
                                        4640 Wolf Rd
                                        Erie, PA 16505
                                        (814)-824-6670
                                        E-Mail: rebeka@seelingerlaw.com