FILED
9/10/19 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 17-11065-TPA |
|    Michael A. Starocci | : Chapter 13 |
|       Debtor | : |
| | |
| Michael A. Starocci, | : |
|       Movant | : Document No. 46 |
| vs. | : |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
|       Respondent | : |

### ORDER

NOW, this __10th__ day of ____September____, 2019, upon consideration of the debtor's Consent Motion To Obtain Financing, the debtor having obtained the consent of the Chapter 13 Trustee, it is

ORDERED, that the debtor, Michael A. Starocci, is hereby authorized to purchase a motor vehicle in an amount not to exceed $25,000.00 with payments not to exceed $450.00 per month. It is further

ORDERED, that not later than fifteen (15) days after the purchase and financing has occurred, the Debtor shall file a Report of Financing.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

The purchase/financing transaction shall occur *on or before (30 days)*.
An *Amended Ch. 13 Plan,* to include the payment for the subject vehicle, and a *Report of Financing* shall be filed *on or before 7 days after the date of the purchase/financing transaction.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11065-TPA
Michael A. Starocci                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: bsil              Page 1 of 1           Date Rcvd: Sep 10, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
db             +Michael A. Starocci,    826 Cherry Street,    Erie, PA 16502-1361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
    James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
    Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Rebeka  Seelinger    on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 5