## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 17-11065 TPA** |
| **Michael A. Starocci** | : | |
| *Debtor* | : | **CHAPTER 13** |
| **Wells Fargo Bank, N.A.** | : | |
| *Movant* | : | **Related to Claim No. 8** |
| V. | : | |
| **Michael A. Starocci and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Wells Fargo Bank, N.A.** at **Claim No. 8** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $674.47 effective 1/1/2021.

Dated:  December 21, 2020         By        /s/ Rebeka A. Seelinger  Esquire
                                            Rebeka A. Seelinger, Esquire
                                            Pa. I.D. #93897
                                            4640 Wolf Rd
                                            Erie, PA 16505
                                            (814)-824-6670
                                            E-Mail: rebeka@seelingerlaw.com