IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-11065 TPA |
| Michael A. Starocci | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Michael A. Starocci | : | |
| Movant | : | |
| | : | Document No. |
| v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On October 24, 2017, at docket number 12, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: March 22, 2021

/s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**