Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael A. Starocci** | : | Case No. 17−11065−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 59 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/10/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of June, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 59 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 10, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11065-TPA

Michael A. Starocci     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 3

Date Rcvd: Jun 28, 2021     Form ID: 300b     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Starocci, 826 Cherry Street, Erie, PA 16502-1361 |
| cr | # | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14706322 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706323 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14781882 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14706324 | + | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706330 | + | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14726988 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 14706331 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706333 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14730729 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14713071 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14706335 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14782374 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14748849 | + | Wells Fargo Bank, N.A., Attn: Payment Processing, MAC #X2302-04C, One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14706326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:32:11 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706327 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:31:52 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14711587 | | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706329 | + | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706332 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706325 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 28 2021 23:31:43 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |

District/off: 0315-1　　　　　　　　　　　　　　User: jmar　　　　　　　　　　　　　　Page 2 of 3
Date Rcvd: Jun 28, 2021　　　　　　　　　　　Form ID: 300b　　　　　　　　　　　　　Total Noticed: 35

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14792650 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 09:34:22 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783540 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2021 23:32:02 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732668 | | Email/PDF: cbp@onemainfinancial.com | Jun 29 2021 10:35:58 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14706334 | + | Email/PDF: cbp@onemainfinancial.com | Jun 28 2021 23:32:06 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14856461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14706563 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:32:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721795 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14706336 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706337 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:59 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14708691 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14706338 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 28 2021 23:27:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706339 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706340 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14706341 | *+ | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706343 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706344 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706345 | *+ | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14706346 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706347 | *+ | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14706348 | *+ | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706349 | *+ | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706342 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14706350 | *+ | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14706351 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14706352 | *+ | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14706353 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706354 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706355 | *+ | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 35 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Barngrover | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

TOTAL: 6