**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL A. STAROCCI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11065 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/06/2017 and confirmed on 12/6/17. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,817.94 |
| Less Refunds to Debtor | 1,269.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,548.46 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,600.00 | |
|    Trustee Fee | 3,122.40 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,722.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 0.00 | 27,413.70 | 0.00 | 27,413.70 |
|     Acct: 7342 | | | | |
|   WELLS FARGO BANK NA | 2,600.88 | 2,600.88 | 0.00 | 2,600.88 |
|     Acct: 7342 | | | | |
|   ERIE COMMUNITY CU | 0.00 | 13,330.00 | 0.00 | 13,330.00 |
|     Acct: 4008 | | | | |
| | | | | 43,344.58 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. STAROCCI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A. STAROCCI | 1,269.48 | 1,269.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 5,513.08 | 725.47 | 0.00 | 725.47 |
|     Acct: 8404 | | | | |
|   FIRST ASSOCIATES LOAN SERVICING - A | 12,587.42 | 1,656.38 | 0.00 | 1,656.38 |
|     Acct: 7252 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5289 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6006 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3035 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-11065 TPA                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6828 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 308.23 | 40.56 | 0.00 | 40.56 |
| Acct: 9133 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F( | 9,345.25 | 1,229.74 | 0.00 | 1,229.74 |
| Acct: 0227 | | | | |
| DISCOVER BANK(*) | 7,839.65 | 1,031.62 | 0.00 | 1,031.62 |
| Acct: 5979 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 5,099.91 | 671.10 | 0.00 | 671.10 |
| Acct: 0199 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,965.26 | 258.61 | 0.00 | 258.61 |
| Acct: 3432 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 4,414.96 | 580.96 | 0.00 | 580.96 |
| Acct: 7524 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 12,654.19 | 1,665.16 | 0.00 | 1,665.16 |
| Acct: 7758 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F( | 2,517.26 | 331.25 | 0.00 | 331.25 |
| Acct: 2792 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F( | 7,513.61 | 988.72 | 0.00 | 988.72 |
| Acct: 3101 | | | | |
| UPMC HEALTH SERVICES | 345.00 | 45.40 | 0.00 | 45.40 |
| Acct: 7252 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,949.28 | 256.51 | 0.00 | 256.51 |
| Acct: 8230 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9504 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2792 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,481.48 |

TOTAL PAID TO CREDITORS                                                                                               52,826.06

TOTAL CLAIMED
PRIORITY              0.00
SECURED           2,600.88
UNSECURED        72,053.10

Date: 06/25/2021                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL A. STAROCCI

        Debtor(s)

    Ronda J. Winnecour
         Movant
      vs.
    No Repondents.

Case No.:17-11065 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                       Case No. 17-11065-TPA

Michael A. Starocci                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: jmar                                     Page 1 of 3
Date Rcvd: Jun 28, 2021                  Form ID: pdf900                              Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Starocci, 826 Cherry Street, Erie, PA 16502-1361 |
| cr | # | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14706322 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706323 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14781882 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14706324 | + | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706330 | + | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14726988 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 14706331 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706333 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14730729 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14713071 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14706335 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14782374 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14748849 | + | Wells Fargo Bank, N.A., Attn: Payment Processing, MAC #X2302-04C, One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14706326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:31:53 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706327 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2021 23:31:52 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2021 23:26:00 | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14711587 | | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706329 | + | Email/Text: mrdiscen@discover.com | Jun 28 2021 23:26:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706332 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:26:00 | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706325 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 28 2021 23:31:43 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |

Case 17-11065-TPA   Doc 62   Filed 06/30/21   Entered 07/01/21 00:33:29   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14792650 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2021 23:31:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783540 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2021 10:46:23 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732668 | | Email/PDF: cbp@onemainfinancial.com | Jun 28 2021 23:32:07 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14706334 | + | Email/PDF: cbp@onemainfinancial.com | Jun 29 2021 09:34:17 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14856461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14706563 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2021 23:32:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721795 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2021 23:26:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14706336 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:31:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706337 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2021 23:32:07 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14708691 | + | Email/Text: bankruptcy@huntington.com | Jun 28 2021 23:27:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14706338 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 28 2021 23:27:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706339 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706340 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14706341 | *+ | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706343 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706344 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706345 | *+ | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14706346 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706347 | *+ | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14706348 | *+ | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706349 | *+ | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706342 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14706350 | *+ | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14706351 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14706352 | *+ | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14706353 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706354 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706355 | *+ | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 35 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Barngrover | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

TOTAL: 6