**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/17/21 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL A. STAROCCI

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.: 17-11065 TPA

Chapter 13

Document No.: 59

## ORDER OF COURT

AND NOW, this __17th__ day of __August__, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                              Case No. 17-11065-TPA

Michael A. Starocci                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                 User: nsha                                      Page 1 of 3

Date Rcvd: Aug 17, 2021                       Form ID: pdf900                             Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Starocci, 826 Cherry Street, Erie, PA 16502-1361 |
| cr | #+ | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14706322 | + | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706323 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14781882 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14706324 | + | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706330 | + | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14726988 | | First Associates Loan Servicing, LLC, as agent for BFCL Trust, PO Box 503430, San Diego, CA 92150-3430 |
| 14706331 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706333 | + | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14730729 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14713071 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14706335 | + | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14782374 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14748849 | + | Wells Fargo Bank, N.A., Attn: Payment Processing, MAC #X2302-04C, One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2021 23:46:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14706326 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2021 23:59:20 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706327 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2021 23:59:20 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 17 2021 23:43:00 | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14711587 | | Email/Text: mrdiscen@discover.com | Aug 17 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706329 | + | Email/Text: mrdiscen@discover.com | Aug 17 2021 23:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706332 | + | Email/Text: bankruptcy@huntington.com | Aug 17 2021 23:43:00 | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706325 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 17 2021 23:46:41 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |

Case 17-11065-TPA    Doc 66    Filed 08/19/21    Entered 08/20/21 00:29:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14792650 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2021 23:46:45 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783540 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2021 23:46:41 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732668 | | Email/PDF: cbp@onemainfinancial.com | Aug 17 2021 23:46:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14706334 | + | Email/PDF: cbp@onemainfinancial.com | Aug 17 2021 23:46:41 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14856461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2021 23:46:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14764737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2021 23:46:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14706563 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 17 2021 23:46:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721795 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2021 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14706336 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2021 23:46:48 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706337 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2021 23:46:40 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14708691 | + | Email/Text: bankruptcy@huntington.com | Aug 17 2021 23:43:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14706338 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 17 2021 23:43:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | WELLS FARGO BANK, N.A. |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706339 | *+ | ACL, 1526 Peach Street, Erie, PA 16501-2110 |
| 14706340 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14706341 | *+ | Borrowersfir, 1114 Lost Creek Boulevard, Austin, TX 78746-6300 |
| 14706343 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14706344 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14706345 | *+ | Comenitycapital/goodsam, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14706346 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14706347 | *+ | Erie Community Credit Union, 1129 State St, Erie, PA 16501-1911 |
| 14706348 | *+ | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14706349 | *+ | Huntington Natl Bk, Huntington National Bank - Bankruptcy No, Po Box 89424, Cleveland, OH 44101-6424 |
| 14706342 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14706350 | *+ | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14706351 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14706352 | *+ | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14706353 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706354 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14706355 | *+ | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 3 of 3 |
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 35 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Michael A. Starocci rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Barngrover | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |

TOTAL: 6