IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| **Withdrawal of Appearances by Sarah E.** : | Miscellaneous Case No: 21-213 |
| **Barngrover in Various Open Cases, and** : | |
| **Entry of Appearance of Replacement** : | |
| **Counsel Stephen R. Franks in Various** : | |
| **Open Cases** : | |
| : | |

## ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this __16th__ day of ____September____, 20__21__, upon consideration of the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to Movant's Motion to Substitute.

_____
Carlota M. Böhm                    dmr
Chief United States Bankruptcy Court Judge

FILED
9/16/21 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

20-018890_CLO